UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

WILLIAM JOESPH BOLDT,                      Civil No. 12-1500 (JRT/SER)

                Plaintiff,

v.                                   **ORDER ADOPTING REPORT
                                         AND RECOMMENDATION**

DAVID PAULSON, NAN LARSON, JOHN AGRIMSON, and SARA HARD ,

                Defendants.

_____

       William Joseph Boldt, 139706, 970 Pickett Street North, Bayport, MN 55003, pro se plaintiff.

       The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

       1. Plaintiff's application to proceed *in forma pauperis*, [Docket No. 2], be **DENIED AS MOOT**; and

       2. This action be **DISMISSED WITHOUT PREJUDICE**.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 18, 2012
at Minneapolis, Minnesota                                 __ s/John R. Tunheim __
                                                               JOHN R. TUNHEIM
                                                      United States District Judge